**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOHN M. GILBERT,**                                                                           **PLAINTIFF**

**v.**                                          **No. 4:15–CV–00658-SWW–JTK**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**


**ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by

Magistrate Judge Jerome T. Kearney.  The parties have not filed objections.  After careful review

of the Recommendation, the Court concludes that the Recommendation should be, and hereby is,

approved and adopted as this Court's findings in all respects.

Plaintiff John M. Gilbert's lawsuit is DISMISSED, with prejudice.


IT IS SO ORDERED, this 30th day of August, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE