**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOHN M. GILBERT,**  **PLAINTIFF**

**v.**  No. 4:15–CV–00658-SWW–JTK

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**  **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Plaintiff John M. Gilbert's appeal is dismissed, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

IT IS SO ORDERED, this 30th day of August, 2016

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE